

**FILED**

06/06/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0600

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 22-0600

SALVATRICE MUSCLE,

    Plaintiff and Appellant,

v.

ANTONIO SANTIN, M.D.,

    Defendant and Appellee.

JUN 0 6 2023

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

On May 5, 2023, we ordered Appellant Salvatrice Muscle to file a report on the status of this appeal no later than June 1, 2023. Muscle has complied and informs the Court that the court reporter who is preparing the transcript has been unable to complete the transcription due to workload and due to missing or unavailable audio recordings from the last day of the District Court trial.

Muscle indicates that the transcripts of the existing recordings should be completed by early July and she requests this Court set a briefing schedule based on that expectation.

IT IS THEREFORE ORDERED that Appellant shall prepare, file, and serve the opening brief on or before August 31, 2023. All further briefing deadlines shall be as provided in M. R. App. P. 13(1).

The Clerk is directed to provide a copy of this Order to all counsel of record.

DATED this 6 day of June, 2023.

For the Court,

By _____

Chief Justice